101 A.3d 1077

IN THE MATTER OF RONALD J. BRANDMAYR, JR., AN ATTORNEY AT LAW (ATTORNEY NO. 001182002).

November 20, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–035, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **RONALD J. BRANDMAYR, JR.,** of **FREEHOLD,** who was admitted to the bar of this State in 2002, should be reprimanded for violating *RPC* 1.3 (lack of diligence), and *RPC* 1.4(b) (failure to communicate with the client), and good cause appearing;

It is ORDERED that **RONALD J. BRANDMAYR, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.